## A. L. BURBANK CO., Inc., et al. v. WILLARD et al.

United States District Court
S. D. New York.
Oct. 16, 1950.

Joseph D. Edwards, New York City, for plaintiffs.

Louis E. Saunders, Jersey City, N. J., and Cornelius McDougald, Jr., New York City, for defendant Guzy.

Irving H. Saypol, U. S. Atty., New York City, for defendant Willard.

COXE, District Judge.

I find nothing in 33 U.S.C.A. § 921, which authorizes the issuance of an injunction in a compensation proceeding prior to the making of a compensation order. Paramino Lumber Co. v. Marshall, 9 Cir., 95 F. 2d 203; certiorari denied 305 U.S. 603, 59 S.Ct. 63, 83 L.Ed. 382. The Federal Rules have no application. The motion of the defendant John J. Guzy is accordingly granted and the temporary injunction dated August 24, 1950, vacated.